

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-93,763-01, WR-93,763-02, & WR-93,763-03

### EX PARTE MARQUISE JEROME DAVIS, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. W14-40153-M(A), W14-40269-M(A), & W14-75213-M(A)
### IN THE 194TH DISTRICT COURT FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

In three cause numbers, Applicant's community supervision was revoked and Applicant was adjudicated guilty. He was convicted of burglary of a habitation and received concurrent sentences of 15 years' imprisonment. The Fifth Court of Appeals affirmed his convictions. *Davis v. State,* Nos. 05-18-00100-CR, 05-18-00101-CR, and 05-18-00102-CR (Tex. App.–Dallas March 27, 2019) (not designated for publication). Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

The district clerk properly forwarded these applications to this Court under Texas Rule of Appellate Procedure 73.4(b)(5). However, the record reflects that the last filing in the trial court

before the records were forwarded to this Court was the State's Response which noted that further information was required from trial counsel. Accordingly, we remand this application to the trial court to complete its evidentiary investigation and make findings of fact and conclusions of law.

The trial court shall order trial counsel to respond to Applicant's claim. In developing the record, the trial court may use any means set out in Article 11.07, § 3(d). If the trial court elects to hold a hearing, it shall determine whether Applicant is indigent. If Applicant is indigent and wants to be represented by counsel, the trial court shall appoint counsel to represent at the hearing. *See* TEX. CODE CRIM. PROC. art. 26.04. If counsel is appointed or retained, the trial court shall immediately notify this Court of counsel's name.

The trial court shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed: August 24, 2022

Do not publish